PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kyle Jackson                                  Cr.: 02-CR-00754-001

Name of Sentencing Judicial Officer: Honorable Faith S. Hochberg

Date of Original Sentence: 05/18/00

Original Offense: Conspiracy to Distribute and Possess With Intent to Distribute More Than 50 Grams of Cocaine Base, 21 U.S.C. § 841(a)(1)

Original Sentence: 70 months imprisonment, 5 years supervised release, $100 special assessment.

Type of Supervision: Supervised Release                Date Supervision Commenced: 02/22/02

Assistant U.S. Attorney: James B. Clark                Defense Attorney: Linda Foster

### PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On December 19, 2005, Kyle Jackson appeared before the Honorable Patrick J. Roma, Superior Court of New Jersey, Bergen County, and pled guilty to count one of a three-count indictment charging him with identity theft, contrary to the provisions of N.J.S.A. 2C:21-17.2. Specifically, on October 6, 2004, in the Borough of Wallington, in Bergen County, Jackson attempted to obtain a driver's license in the name of Stafon R. Kendrick and in so doing, presented a Social Security card, birth certificate, Sprint PCS phone bill, and three credit cards in that name. |
| | Jackson is scheduled for sentencing on February 24, 2006. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Denise Morales
U.S. Probation Officer
Date: 02/07/06



PROB 12C - Page 2
Kyle Jackson

THE COURT ORDERS:

[✓] The Issuance of a Summons. Date of Hearing: .  March 1, 2006  11:00AM
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

2/14/06
_____
Date