PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kyle Jackson                              Cr.: 02-CR-00754-001

Name of Sentencing Judicial Officer: Honorable Faith S. Hochberg

Date of Original Sentence: 05/18/00

Date of Violation of Supervised Release: 08/20/04 - supervised release revoked, sentenced to 100 days custody concurrent to the state sentence of 05/03/04, 25 months supervised release.

Original Offense: Conspiracy to Distribute and Possess With Intent to Distribute More Than 50 Grams of Cocaine Base, 21 U.S.C. § 841(a)(1)

Original Sentence: 70 months imprisonment, 5 years supervised release, $100 special assessment.

Type of Supervision: Supervised Release                     Date Supervision Commenced: 09/02/04

Assistant U.S. Attorney: Milagros Camacho-Gutierrez          Defense Attorney: Linda Foster

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On July 22, 2005, Jackson was arrested by the Passaic Police Department for simple assault.  According to the arrest report, Jackson pushed his girlfriend, Quadriyyah Rosas, to the floor during a verbal altercation.  Ms. Rosas signed a victim notification form wherein she requested a restraining order be issued.<br><br>On December 1, 2005, a warrant for issued for Jackson when he failed to appear for a scheduled court hearing. |
| 2 | The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'<br><br>Jackson failed to notify the probation office of this arrest. |

PROB 12C - Page 2
Kyle Jackson

3          The offender has violated the supervision condition which states 'You shall
           support your dependents and meet other family responsibilities.'

           According to information from the New Jersey Child Support Hotline, Jackson
           has three separate child support cases which are all in arrears as follows: case
           CS20115855A is $6,230 in arrears; CS20779966A is $24,860 in arrears; and
           CS21525219A is $10,116 in arrears.

                      I declare under penalty of perjury that the foregoing is true and correct.

                                          By:  Denise Morales
                                               U.S. Probation Officer
                                          Date:  03/01/06

THE COURT ORDERS:

[  ] The Issuance of a Summons.  Date of Hearing:
[X] The Issuance of a Warrant
[  ] No Action
[  ] Other:

                                          _____
                                          Signature of Judicial Officer

                                          3/1/06
                                          _____
                                          Date